**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

**ALAN RITTER,**

                      **Plaintiff,**                **25-CV-1063 (DEH) (VF)**

        -against-                         **ORDER**


**NEW YORK MEDICINE DOCTORS, PLLC, et al.**

                      **Defendants.**

--------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The deadline for the close of fact discovery is hereby extended **to February 6, 2026**. All depositions (party and non-party) must be completed on or before that date. The parties should find dates for the depositions of the Plaintiff and Defendants based on availability of the attorneys and deponent, without regard for the order in which the depositions occur. Further, party depositions do not need to be completed before non-party depositions, but all depositions must be completed by February 6. Defendants are directed to provide Plaintiff's counsel with the work address for Shelly Wise and, to the extent Defendants know, her work schedule, so that Plaintiff's counsel can serve Ms. Wise with a deposition subpoena.

**SO ORDERED.**

DATED:     New York, New York
              December 15, 2025

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge