UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

ALAN RITTER,

                    **Plaintiff,**                    **25-CV-1063 (DEH) (VF)**

        **-against-**                      **ORDER**


NEW YORK MEDICINE DOCTORS, PLLC, et al.

                    **Defendants.**

--------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's filing at ECF No. 43 is mooted by Defendant's response at ECF No. 45. The

Clerk of the Court is respectfully directed to close the motions at ECF Nos. 43 and 45.

      **SO ORDERED.**

DATED:    New York, New York
          January 6, 2026

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge