**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**ALAN RITTER,**

                      **Plaintiff,**                    **25-CV-1063 (DEH) (VF)**

         **-against-**                             **ORDER**


**NEW YORK MEDICINE DOCTORS, PLLC, et al.**

                      **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to discuss the letter at ECF No. 60 is hereby scheduled for **Tuesday, June 30, 2026 at 10:00 a.m.** The conference will be held in Courtroom 17-A, 500 Pearl Street, New York, New York.

      Plaintiff is directed to file a response to the letter by **June 4, 2026.**

      **SO ORDERED.**

DATED:    New York, New York
            May 21, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge