UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ALAN RITTER,

                              **Plaintiff,**                    **25-CV-1063 (DEH) (VF)**

           -against-                                    **<u>ORDER</u>**

NEW YORK MEDICINE DOCTORS, PLLC, et al.

                              **Defendants.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held today, June 30, 2026, Defendants are directed to serve the interrogatories discussed at the conference by **<u>July 10, 2026</u>**. Plaintiff's counsel is to submit a Rule 26(g) certification that no responsive documents exist regarding the document requests concerning the home health aides by **<u>August 14, 2026</u>**.

As to the lien information, Plaintiff is to notify any insurance companies or other entities that paid for medical care of the existence of this action by **<u>July 10, 2026</u>**. Any responsive letter from those entities is to be provided to Defendants once received by Plaintiff. Defendants will file a letter with case law establishing the relevancy of the information concerning other liens discussed at the conference.

Fact discovery will close on **<u>August 14, 2026</u>**, and no further extensions will be granted absent extraordinary and unforeseen circumstances.

As to expert discovery, Plaintiff may supplement his expert disclosures by **<u>August 28, 2026</u>**. Defendants will serve their expert disclosures by **<u>September 11, 2026</u>**. Any rebuttals are

due **September 18, 2026**. Expert depositions are to be completed by **September 28, 2026**. All

expert discovery will close on **September 28, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             June 30, 2026

                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge