**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**ALAN RITTER,**

**Plaintiff,**

**-against-**

**NEW YORK MEDICINE DOCTORS, PLLC, et al.**

**Defendants.**

**---------------------------------------------------------------X**

**25-CV-1063 (DEH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Fact discovery in this matter closed on August 14, 2026. ECF No. 63. The parties are directed to file a joint status update on the case, including proposed next steps, by **September 11, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge