**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**ALAN RITTER,**

**Plaintiff,**

**25-CV-1063 (DEH) (VF)**

**-against-**

**ORDER**

**NEW YORK MEDICINE DOCTORS, PLLC, et al.**

**Defendants.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff is hereby ordered to submit a letter by **October 15, 2026** citing authorities as to why good cause is foreclosed to allow Defendants to conduct a medical examination of Plaintiff. If Plaintiff submits such a letter, Defendants must respond on or before **October 22, 2026**.

Alternatively, Plaintiff may submit a letter by **October 15, 2026** consenting to the medical examination. If Plaintiff consents to a medical examination, the deadline for Defendants to complete the examination is **November 16, 2026**, the deadline for supplemental expert reports is **December 16, 2026**, the deadline for rebuttal reports is **December 23, 2026**, and the deadline to complete all expert depositions is **January 19, 2027**. No extensions will be granted absent extraordinary circumstances.

**SO ORDERED.**

DATED: New York, New York
October 8, 2026

VALERIE FIGUEREDO
United States Magistrate Judge